1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   AHMED ISMAIL,                           CASE NO. C20-0140JLR

11                          Plaintiff,       ORDER DISMISSING
                                             COMPLAINT
              v.
12
     IKEA US RETAIL LLC,
13
                           Defendant.
14

15        On June 26, 2020, the court issued an order to show cause why this matter should

16   not be dismissed for failing to comply with the Federal Rule of Civil Procedure 4(m) time

17   limitations for serving the defendant with a summons and a copy of the complaint.  (*See*

18   OSC (Dkt. # 9) at 3 (citing Fed. R. Civ. P. 4(m)).)  The court warned Plaintiff Ahmed

19   Ismail that if he did not timely respond to the court's order to show cause, the court

20   would dismiss his action without prejudice.  (*See id.*)  Mr. Ismail's response was due on

21   July 9, 2020.  (*See id.*)  Mr. Ismail has not responded to the court's order to show cause to

22   //

ORDER - 1

1   date.  (*See generally* Dkt.)  Accordingly, the court dismisses Mr. Ismail's complaint

2   without prejudice.

3       Dated this 11th day of August, 2020.

4

5

6   JAMES L. ROBART
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2